UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 18-12681-MAM
CHAPTER 11

FLYING COW RANCH HC, LLC,

    Debtor.
_____/

## NOTICE OF APPEAL

Debtor, FLYING COW RANCH HC, LLC, appeals to the District Court of the Southern District of Florida from the following:

ORDER DENYING DEBTOR'S MOTION TO APPROVE ASSUMPTION OF LAND SALE CONTRACT (ECF 116)

The parties to the Order appealed from and the names of their respective attorneys are as follows:

| | |
|---|---|
| TIMOTHY J. MCCARTHY AND<br>MARK J. MCCARTHY<br>CO-TRUSTEES OF THE MCCARTHY<br>LAND TRUST AGREEMENT | FLYING COW RANCH HC, LLC |
| THOMAS ABRAMS, ESQ.<br>Attorney for McCarthy<br>Gamberg & Abrams<br>1778 N. Pine Island Rd Suite 215<br>Ft. Lauderdale, FL 33322 | LES S. OSBORNE, ESQ.<br>Attorney for Debtor<br>Rappaport Osborne & Rappaport, PLLC<br>1300 N. Federal Highway, Suite 203<br>Boca Raton, FL 33432 |

    I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular mail or electronically where available to the parties enumerated on the attached this the 10th day of September, 2018.

    I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2091-1(A).

RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Debtor
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200

BY: /s/ _____
    LES S. OSBORNE, ESQ.
    Florida Bar No. 823139

SERVICE LIST:

- Thomas L Abrams    tabrams@tabramslaw.com, dabrams@tabramslaw.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov



ORDERED in the Southern District of Florida on August 28, 2018.

*Mindy A. Mora*

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In Re:                                                      CASE NO: 18-12681-MAM

FLYING COW RANCH HC, LLC,                  CHAPTER 11

       Debtor.
_____/

## ORDER DENYING DEBTOR'S MOTION TO APPROVE ASSUMPTION OF LAND SALE CONTRACT

This Cause came before the Court for hearing on August 21, 2018 at 1:30 p.m. and August 24, 2018 at 1:30 p.m. upon Debtor's Motion to Approve Assumption of Land Sale Contract with Timothy J. McCarthy and Mark J. McCarthy, Co-Trustees of the McCarthy Land Trust Agreement ("McCarthy") [D.E. 92] and the Court having considered the motion filed by Debtor, McCarthy's opposition thereto, the record in this case including the applicable Land Sale Contract, argument of counsel, and for the reasons stated by this Court on the record on August 21 and 24, 2018 which are incorporated herein, it is Ordered as follows:

    1.    Debtor, Flying Cow Ranch HC, LLC's Motion to Approve Assumption of Land

Sale Contract with Timothy J. McCarthy and Mark J. McCarthy, Co-Trustees of the McCarthy Land Trust Agreement [D.E. 92] is DENIED.

2. McCarthy shall file a proof of claim specifying its rejection damages within 30 days of the date of this Order.

# # #

**Submitted by:**
Thomas L. Abrams, Esq.
GAMBERG & ABRAMS
1776 North Pine Island Road, Suite 215
Fort Lauderdale, Florida 33322
Telephone: (954) 523-0900
Facsimile: (954) 915-9016
E-mail:tabrams@tabramslaw.com
Thomas L. Abrams, Esquire
Florida Bar No. 764329

**Thomas L. Abrams, Esq.** shall serve a copy of this order upon Debtor's counsel and Trustee and all interested parties and shall file a certificate of service thereof.

2

CGFA1 (4/11/16)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 18−12681−MAM

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*
Flying Cow Ranch HC, LLC
1000 N US Hwy 1 #762
Jupiter, FL 33477

EIN: 47−3472519

# Clerk's Certificate of Mailing of Notice of Appeal

To:

Office of the U.S. Trustee, Room 1204 Claude Pepper Federal Bldg 51 SW 1st Ave Miami FL 33130

Flying Cow Ranch
c/o Les S. Osborne
1300 N Federal Hwy #203
Boca Raton, FL 33432

Timothy J McCarthy and
Mark J McCarthy
c/o Thomas L Abrams
1778 N Pine Island Rd #215
Plantation, FL 33322

I hereby certify, that pursuant to Bankruptcy Rule 8003, a copy of the attached Notice of Appeal filed on 9/10/2018 was mailed on **9/13/18** to the above named parties.

**Dated:9/11/18**

**CLERK OF COURT**
By: Conce Perusso
Deputy Clerk (561) 514−4100

*Enclosures:   Clerk's Instructions for Appeals*
*Transcript Request Form*
*Copy of Appeal*

*Page 1 of 3*

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov
## CLERK'S INSTRUCTIONS FOR APPEALS

1. All notices of appeal filed in the Bankruptcy Court under Federal Rule of Bankruptcy Procedure 8003 and 8004 shall be transmitted promptly to the Clerk of the District Court for docketing and the opening of a new civil case [See U.S. District Court Local Rule 87.4]. Within 14 days after filing the notice of appeal or entry of an order disposing of the last timely motion of a type specified in Bankruptcy Rule 8002(b) (whichever is later), or entry of an order by the District Court granting leave to appeal, the appellant shall file with the clerk of the bankruptcy court a designation of the items to be included in the record on appeal and a statement of issues to be presented (Bankruptcy Rule 8009). **Failure to timely file this designation and statement of issues may result in dismissal of the appeal pursuant to this court's Local Rule 8009–1(A) and Local Rule 87.4(c), United States District Court, Southern District of Florida.** The designation shall include the title and docket number of each paper designated.

2. Within 14 days after the service of the designation and the statement of issues the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal, and if the appellee has filed a cross appeal, the appellee as cross appellant shall file and serve a statement of issues to be presented on the cross appeal, and a designation of additional items to be included in the record. The appellee's designation shall include the title and docket number of each additional item designated.

3. If any transcripts of untranscribed proceedings are designated by a party, that party shall immediately, upon the filing of the designation, order the transcript(s) from the court reporter and make satisfactory arrangements for payment of its costs. <u>All transcript orders must be made on the local form "Transcript Request Form" enclosed for this purpose, and a copy filed with the clerk at the time of filing the designation (Bankruptcy Rule 8009)</u>. On receipt of a request for a transcript, the reporter shall complete the Reporter's Acknowledgment and file a copy with the clerk (Bankruptcy Rule 8010). [See also "Guidelines on Electronic Availability of Transcripts and Procedures for Transcript Redaction."]

4. When the record is complete for purposes of the appeal, the bankruptcy clerk will electronically transmit the record to the clerk of the district court. Once the record has been transmitted to the district court, any subsequently filed document relating to the appeal must be filed in the district court.

5. Motions For Leave To Appeal (Bankruptcy Rule 8004). The clerk will electronically transmit the motion, notice of appeal and any answer to the clerk of the district court as soon as all parties have filed answers or the time for filing an answer has expired. The designation and statement of the issues <u>should not be filed</u> with the clerk of the bankruptcy court as required under Bankruptcy Rule 8009, until entry of an order by the district court granting leave to appeal (Local Rule 8004–1).

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK

# Transcript Request Form

Submit this form to the transcription company by email, fax or postal mail: Attn: _____
Transcriber:_____
Email: _____ Telephone: _____ Fax: _____

Case Number: _____ Adversary Number: _____ Judge: _____

Date of Hearing or Trial: _____ Time of Hearing or Trial: _____

Debtor(s) Name: _____

☐ The transcript being requested is included as a designated item for a pending appeal.
**(If this box is checked, the requestor must also file this form with the clerk pursuant to Bankruptcy Rule 8009. The transcriber is responsible for notifying the clerk by electronic docket entry in the case the date the request was received and the date on which the transcriber expects to have the transcript completed (See Bankruptcy Rule 8010).**

Select Delivery Method:

| Check Box Below | | Original | First Copy to Each Party | Each Additional Copy to the Same Party |
|---|---|---|---|---|
| | Ordinary Transcript — A transcript to be delivered within thirty (30) calendar days after receipt of an order. | $3.65 | .90 | .60 |
| | 14–Day Transcript — A transcript to be delivered within fourteen (14) calendar days after receipt of an order. | $4.25 | .90 | .60 |
| | Expedited Transcript — A transcript to be delivered within seven (7) calendar days after receipt of an order. | $4.85 | .90 | .60 |
| | Daily Transcript — A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day. | $6.05 | 1.20 | .90 |
| | Hourly Transcript — A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours. | $7.25 | 1.20 | .90 |

By submitting this request, it is understood that:

- A separate order must be placed for each transcript being requested.
- All transcript requests must be submitted directly to the transcriber. Do not contact the clerk's office regarding the status of a request.
- It is the responsibility of the requestor to verify that the transcript has not already been filed with the court.
- It is the responsibility of parties to request redaction. See Local Bankruptcy Rule 5005–1(A)(2)(b), Local Form "Notice of Intent to Request Redaction of Transcript" (LF–61) and "Guidelines on Electronic Availability of Transcripts and Procedures for Transcript Redaction" (CG–11).

Print Your Name: _____

Mailing Address: _____

Email Address: _____ Telephone No.: _____